UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE HYDE and CAROL HYDE,  )  <br>         Plaintiffs,          ) <br>                                          )     No. 1:11-cv-595 <br> -v-                                   ) <br>                                          )     HONORABLE PAUL L. MALONEY <br> GMAC MORTGAGE, LLC,      ) <br> QUICKEN LOANS, INC.,          ) <br> MORTGAGE ELECTRONIC REGISTRATION ) <br> SYSTEMS, INC., and              ) <br> 1ST AMERICAN LAW CENTER  ) <br>                                          ) <br>         Defendants.           ) <br> _____) | |

## ORDER TO SHOW CAUSE

On August 9, 2011, Defendant GMAC Mortgage and Defendant Mortgage Electronic Registration Systems (collectively "Defendants") filed a motion for judgment on the pleadings. (ECF No. 12).  The time for Plaintiffs to respond to the motion has passed.  To date, no response has been filed.  Plaintiff Bruce and Carol Hyde **SHALL SHOW CAUSE** why Defendants' motion should not be **GRANTED.**  Plaintiff shall justify their failure to respond within fourteen (14) days of the date of this order.  Should Plaintiff's not comply with this Order, Defendants' motion for judgment on the pleadings will be granted.  **IT IS SO ORDERED.**


Date:  September 28, 2011              /s/ Paul L. Maloney
                                       Paul L. Maloney
                                       Chief United States District Judge