UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE HYDE and CAROL HYDE,  )<br>   Plaintiffs,   )<br>            )<br>-v-           )<br>            )<br>GMAC MORTGAGE, LLC,  )<br>QUICKEN LOANS, INC.,   )<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, INC., and    )<br>1ST AMERICAN LAW CENTER )<br>            )<br>   Defendants.   ) | No. 1:11-cv-595<br><br>HONORABLE PAUL L. MALONEY |

## ORDER TO SHOW CAUSE

On August 5, 2011, Defendant Quicken Loans filed a motion for judgment on the pleadings. (ECF No. 11). The time for Plaintiffs to respond to the motion has passed. To date, no response has been filed. Plaintiff Bruce and Carol Hyde **SHALL SHOW CAUSE** why Defendant Quicken Loan's motion should not be **GRANTED.** Plaintiff shall justify their failure to respond within fourteen (14) days of the date of this order. Should Plaintiff's not comply with this Order, Defendant Quicken Loan's motion for judgment on the pleadings will be granted. **IT IS SO ORDERED.**

Date:   September 28, 2011           /s/ Paul L. Maloney
                             Paul L. Maloney
                             Chief United States District Judge