UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRUCE HYDE and CAROL HYDE,<br>　　　　Plaintiffs,<br><br>-v-<br><br>GMAC MORTGAGE, LLC,<br>QUICKEN LOANS, INC.,<br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS, INC., and<br>1ST AMERICAN LAW CENTER<br><br>　　　　Defendants. | No. 1:11-cv-595<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed all Defendants named in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** is entered in favor of Defendants and against Plaintiffs.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:　December 21, 2011　　　　　　　　　　　　　　　　/s/ Paul L. Maloney　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge